# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No.03-35592 (JKF) |
| ) | Jointly Administered |
| MID-VALLEY, INC., *et al.,* ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |
| ) | Response Date: |
| CERTAIN INSURERS, ) | January 23, 2004 |
| ) | |
| Movants, ) | Hearing Date, Time & Place: |
| ) | February 11, 2004 at 9:00 a.m. |
| v. ) | 54th Floor, USX Tower |
| ) | Pittsburgh, PA  15219 |
| MID-VALLEY, INC., *et al.,,* ) | |
| ) | Related to Docket Nos. 42 and 121 |
| Respondents. ) | Document #254 |
| ) | Agenda #14 |

## ORDER GRANTING THE ACE COMPANIES' RELIEF FROM THE AUTOMATIC STAY

AND NOW, upon consideration of the Motion of the ACE Companies for Relief from the Automatic Stay filed on January 6, 2004, (Dkt. No. 254), and the consent to relief frilled by Mid-Valley, Inc., DII Industries, LLC, Kellogg Brown & Root, Inc., Kellogg Brown & Root Engineering Corporation, Kellogg Brown & Root Internationals, Inc., A Delaware Corporation, Kellogg Brown & Root International, Inc., a Panamanian Corporation, KBR Technical Services, Inc. and BPM Minerals, LLC, debtors and debtors-in-possession ("Debtors") filed on January 9, 2004 (Dkt. No. 312), it is hereby ORDERED that the Motion is GRANTED and the automatic stay in the Debtors' Reorganization Cases is hereby modified to the extent necessary to permit the insurance coverage action captioned <u>ACE Property & Casualty Ins. Co., et al., v. DII Indus., LLC, et al.</u>, Case No. 118591/03 (Sup. Ct. of NY Cty, NY) to proceed during the pendency of

the Debtors' Reorganization Cases; provided, however, that nothing in this Order shall be construed to modify or impair the automatic stay in any other Chapter 11 cases including, without limitation, the <u>Global Industrial Technologies, Inc</u>. cases (Bankr. No. 02-21626) (jointly administered) or to modify or impair this Court's January 15, 2004 Order Granting Motion to Enforce the Stay.

It is SO ORDERED as of this <u>10th</u> day of <u>            February            </u>, 2004.

_Judith K. Fitzgerald_ wmk
Chief United States Bankruptcy Judge

Counsel for Debtor shall immediately serve a copy of this order on all parties listed on the current service list and any other parties in interest and file proof of service within ten (10) days hereof.