# EXHIBIT A

# DII Industries, LLC Silica PI Trust

## Special-Purpose Financial Statements with Supplementary Information
### Years Ended December 31, 2021 and 2020

The report accompanying these financial statements was issued by
BDO USA, LLP, a Delaware limited liability partnership and the U.S. member
of BDO International Limited, a UK company limited by guarantee.



# DII Industries, LLC Silica PI Trust

Special-Purpose Financial Statements
with Supplementary Information
Years Ended December 31, 2021 and 2020

## DII Industries, LLC Silica PI Trust

### Contents

**Independent Auditor's Report**                                                     1-3

**Special-Purpose Financial Statements**

    Special-Purpose Statements of Assets, Liabilities and Net Assets          4

    Special-Purpose Statements of Changes in Net Assets                     5

    Special-Purpose Statements of Cash Flows                                6

    Notes to the Special-Purpose Financial Statements                       7-12

**Supplementary Information**

    Independent Auditor's Report on Supplementary Information               13

    Schedules of Operating Expenses                                         14-15



Tel:  703-893-0600
Fax:  703-893-2766
www.bdo.com

8401 Greensboro Drive
Suite 800
McLean, VA 22102

## Independent Auditor's Report

Trustee
DII Industries, LLC Silica PI Trust
Cincinnati, Ohio

### Opinion

We have audited the accompanying special-purpose financial statements of DII Industries, LLC Silica PI Trust (the Trust) (a trust created under the laws of the State of Pennsylvania), which comprise the special-purpose statements of assets, liabilities and net assets as of December 31, 2021 and 2020, and the related special-purpose statements of changes in net assets and special-purpose statements of cash flows for the years then ended, and the related notes to the special-purpose financial statements.

In our opinion, the accompanying special-purpose financial statements present fairly, in all material respects, the net assets and liabilities of the Trust as of December 31, 2021 and 2020, and the results of its changes in net assets and its cash flows for the years then ended, in accordance with the basis of accounting described in Note 2 to the special-purpose financial statements.

### Basis for Opinion

We conducted our audits in accordance with auditing standards generally accepted in the United States of America (GAAS). Our responsibilities under those standards are further described in the *Auditor's Responsibilities for the Audit of the Special-Purpose Financial Statements* section of our report. We are required to be independent of the Trust and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Emphasis of Matter - Basis of Accounting

We draw attention to Note 2 of the special-purpose financial statements which describes the basis of accounting. As described in Note 2, the accompanying special-purpose financial statements were prepared in order to account for the amount of net assets presently available to fund current and future claims, which is a basis of accounting other than accounting principles generally accepted in the United States of America. As a result, the special-purpose financial statements may not be suitable for another purpose.  Our opinion is not modified with respect to this matter.

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

**BDO**

***Responsibilities of Management for the Special-Purpose Financial Statements***

Management is responsible for the preparation and fair presentation of the special-purpose financial statements in accordance with the basis of accounting as described in Note 2 to the special-purpose financial statements. Management is also responsible for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of special-purpose financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the special-purpose financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Trust's ability to continue as a going concern within one year after the date that the special-purpose financial statements are issued or available to be issued.

***Auditor's Responsibilities for the Audit of the Special-Purpose Financial Statements***

Our objectives are to obtain reasonable assurance about whether the special-purpose financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the special-purpose financial statements.

In performing an audit in accordance with GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.
- Identify and assess the risks of material misstatement of the special-purpose financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the special-purpose financial statements.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Trust's internal control. Accordingly, no such opinion is expressed.
- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the special-purpose financial statements.
- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the Trust's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control-related matters that we identified during the audit.

***Other Matter - Restriction of Use***

Our report is intended solely for the information and use of the Trust and is not intended to be and should not be used by anyone other than the specified party.

*BDO USA, LLP*

McLean, Virginia
April 28, 2022

# Special-Purpose Financial Statements

# DII Industries, LLC Silica PI Trust

## Special-Purpose Statements of Assets, Liabilities and Net Assets

| December 31, | 2021 | 2020 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 286,007 | $ 1,644,332 |
| Investments | 16,025,270 | 13,489,309 |
| Interest receivable | 138,169 | 112,993 |
| **Total assets** | 16,449,456 | 15,246,634 |
| **Liabilities** | - | - |
| **Net assets** | $ 16,449,446 | $ 15,246,634 |

*See accompanying notes to the special-purpose financial statements.*

4

# DII Industries, LLC Silica PI Trust

## Special-Purpose Statements of Changes in Net Assets

| *Years Ended December 31,* | **2021** | 2020 |
|---|---|---|
| **Additions** | | |
| Interest and dividends | $      172,344 | $      222,923 |
| Net appreciation in fair value of investment securities | 1,314,445 | 687,624 |
| **Total additions** | 1,486,789 | 910,547 |
| **Deductions** | | |
| Silica unsecured PI Trust claims expense | - | 552,421 |
| Operating expenses | 283,977 | 418,041 |
| **Total deductions** | 283,977 | 970,462 |
| **Increase (decrease) in net assets** | 1,202,812 | (59,915) |
| **Net assets** | | |
| **Beginning of the year** | 15,246,634 | 15,306,549 |
| **End of the year** | $   16,449,446 | $   15,246,634 |

*See accompanying notes to the special-purpose financial statements.*

# DII Industries, LLC Silica PI Trust

## Special-Purpose Statements of Cash Flows

| *Years Ended December 31,* | **2021** | 2020 |
|---|---:|---:|
| **Cash flows from operating activities:** | | |
| Increase (decrease) in net assets | $ **1,202,812** | $ (59,915) |
| Adjustments to reconcile increase (decrease) in net assets to net cash provided by (used in) operating activities: | | |
| Amortization of premium on bonds | **305,346** | 288,073 |
| Securities | **(1,314,445)** | (687,624) |
| Changes in operating assets: | | |
| Increase in interest receivable | **(25,176)** | (74) |
| **Net cash provided by (used in) operating activities** | **168,537** | (459,540) |
| **Cash flows from investing activities:** | | |
| Purchases of fixed income securities | **(4,414,556)** | (2,142,887) |
| Proceeds from the sales and maturities of fixed income securities | **2,759,554** | 3,390,000 |
| Purchases of equity securities | **-** | (218,930) |
| Proceeds from the sales equity securities | **128,140** | 221,350 |
| **Net cash (used in) provided by investing activities** | **(1,526,862)** | 1,249,533 |
| Net (decrease) increase in cash and cash equivalents | **(1,358,325)** | 789,993 |
| Cash and cash equivalents at the beginning of the year | **1,644,332** | 854,339 |
| **Cash and cash equivalents at the end of the year** | $ **286,007** | $ 1,644,332 |

*See accompanying notes to the special-purpose financial statements.*

# DII Industries, LLC Silica PI Trust

**Notes to the Special-Purpose Financial Statements**

## 1.   Description of the Trust

On December 16, 2003, Mid-Valley, Inc., DII Industries, LLC, Kellogg Brown & Root, Inc., KBR Technical Service, Inc., Kellogg Brown & Root Engineering Corporation, Kellogg Brown & Root International, Inc., and BPM Minerals, LLC, (collectively, the Reorganized Debtors) filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Western Division of Pennsylvania, Pittsburgh Division (the Bankruptcy Court).  The filing of the petitions was precipitated by the Reorganized Debtors' then potentially substantial asbestos-related liabilities and silica-related liabilities. On July 21, 2004, the Bankruptcy Court entered an amended order, effective July 16, 2004, confirming a joint plan of reorganization (Confirmed Plan). The confirmation order has become final and cannot be appealed.  The Confirmed Plan became effective on January 20, 2005 (the Effective Date).

The essential elements of the Confirmed Plan include, as they pertain to silica-related liabilities, the utilization of a qualified settlement fund, in the form of the DII Industries, LLC Silica PI Trust (the Silica PI Trust or the Trust), to assume all liabilities and obligations of the Reorganized Debtors and certain related entities, for all silica-related personal injury claims, both present and future (collectively, the Silica Claims), and to resolve, and provide for payment in part or in full, all Silica Claims in accordance with procedures established pursuant to the Confirmed Plan. The asbestos-related liabilities and obligations were assumed by another qualified settlement fund.

The Silica PI Trust is funded in two ways by the Reorganized Debtors. See "Trust Funding (Initial and Subsequent)" for additional information.

The Silica PI Trust uses the funds it receives under a senior secured note (see the "Trust Funding (Initial and Subsequent)" note below) to process and pay Silica Unsecured PI Trust Claims, which relate to claims not settled as part of the bankruptcy case referenced above. The Trustee is responsible for supervising and administering the claims resolution process. The Trustee discharges this responsibility in part by engaging a third party to handle the processing and payment of claims and related tasks under the terms of a claims service agreement, a web site license and web hosting agreement, a claims processing system license agreement, and a source code escrow agent agreement, all as of the same date.

### *Trust Funding (Initial and Subsequent)*

The Silica PI Trust is funded under a Silica PI Trust Funding Agreement and under a $450 million Senior Secured Note (the Note). Halliburton Company (as successor-in-interest to DII Industries, LLC and Kellogg Brown & Root, Inc.) pursuant to a certain Assumption Agreement dated April 16, 2007 by and between the Trust and Halliburton Company (the Assumption Agreement) is the sole obligor of the Note.

With respect to funding received under the Silica PI Trust Funding Agreement (the Funding Agreement), the Trust acts as a conduit, operating without profit or loss.  Funds provided by the Reorganized Debtors to the Trust's segregated trust account under the Funding Agreement are used solely to pay settlements of qualifying settled Silica Claims that are presented by the Reorganized Debtors to the Trust as claims ready for payment. The Trust is not involved in qualifying such settlements for payment or in determining the amounts to be paid with respect to such settled claims. During the year ended December 31, 2007 the Trust received its final funding in response to the Bankruptcy Court's order approving the distribution of all remaining funds in the escrow account

# DII Industries, LLC Silica PI Trust

## Notes to the Special-Purpose Financial Statements

that held the funds to pay qualified settled Silica Claims. The Trust has no future expectations of payments under the Silica PI Trust Funding Agreement.

As a conduit, the Trust's duties under the Funding Agreement are ministerial. In recognition of this fact, both the Funding Agreement and the Trust Indemnification Agreement (the Indemnification Agreement) provide the Silica PI Trust with indemnification against any liabilities that the Trust may incur as a result of reliance on information provided by the Reorganized Debtors under the Funding Agreement or in connection with qualifying settled Silica Claims. Halliburton Company (Halliburton) is a joint and several indemnitor of the Silica PI Trust under the Indemnification Agreement.

The funding Silica PI Trust receives under the Note is of a different nature and serves a different purpose.  The Trust was initially funded with $15,050,000 in cash for its core function of paying Silica Unsecured PI Trust Claims of the Halliburton Entities and the Harbison-Walker Entities, a former division of one of the Reorganized Debtors. Included in this initial funding was $50,000 paid by DII Industries as part of its obligations under a settlement agreement with certain RHI Entities, which are former related entities of DII Industries. The annual funding contemplated by the Note serves to replenish the Trust's corpus in amounts that vary with the level of Trust's claims processing and payment activities. In general, the Note funds the Trust's activities, subject to a $15,000,000 annual funding limit during the initial years of the Trust's existence and subject to a maximum funding amount of $450,000,000 over the 30-year life of the Note.

DII Industries, LLC and Kellogg Brown & Root, Inc. (KBR) were the original joint and several obligors (obligors) under the Note, which was guaranteed by Halliburton and secured by the pledge by KBR of 51% of the common stock of one of its subsidiaries, Mid-Valley, Inc. pursuant to the Pledge and Security Agreement. In 2007, Halliburton divested substantially all of its equity interest in KBR. Pursuant to the Note, Halliburton was required to assume all obligations of the obligors under the Note and Halliburton did assume such obligations pursuant to the Assumption Agreement.

## 2.    Basis of Accounting and Summary of Significant Accounting Polices

### *Basis of presentation*

The Trust's financial statements are prepared using the special-purpose accounting method adopted by the Trustee, which differs from accounting principles generally accepted in the United States of America (GAAP). The special-purpose accounting methods were adopted in order to communicate to the beneficiaries of the Trust the net assets and the related operating expenses of the Trust. Since the accompanying special-purpose financial statements and transactions are not based upon GAAP, accounting treatment by other parties for these same transactions may differ as to timing and amount. Special-purpose accounting methods include the following:

- Assets are recorded as they are received by the Trust and are available for the payment of claims. Under GAAP, assets are recorded when the Trust has a valid claim to them.

- Operating expenses are expensed in the period the invoices are paid. Under GAAP, expenses are recorded when incurred.

- The full amount of claims is expensed in the period in which the confirmed claims are paid. Under GAAP, a liability would be recorded for an estimate of the amount to be paid for claims that have been incurred but not yet reported, and for those claims that have been submitted but not yet approved for payment by the Trust.

## DII Industries, LLC Silica PI Trust

### Notes to the Special-Purpose Financial Statements

- Payments for services to be received over an extended period in the future are expensed as paid because these amounts are no longer available for the payment of claims. Under GAAP, an asset would be recorded and amortized over the period in which the related benefits are received.

- Future fixed liabilities and contractual obligations entered into by the Trust are recorded as deductions in the current period. Under GAAP, liabilities and contractual obligations are recorded as incurred.

- Investments are recorded at fair value. All interest income, accretion of bond discounts, amortization of bond premiums, and realized and unrealized gains and losses are included in interest and other investment income on the accompanying special-purpose statements of changes in net assets.

- Income tax expense is estimated and recorded as incurred in the period in which certain income and expense items affect current federal income taxes payable. Under GAAP, the provision for income taxes is recorded based upon income reported for special-purpose financial statement purposes, and federal income taxes both currently payable and changes in deferred taxes due to differences between financial reporting and tax bases of assets and liabilities. Under GAAP, deferred taxes include a provision for taxes attributable to changes in unrealized gains and losses on investments.

### Cash and cash equivalents

Cash and cash equivalents include all highly liquid instruments with original maturities of three months or less.

### Investments

Investment securities are stated at fair value. Fair value for investment securities are based on quoted market prices for identical or similar instruments traded in active markets as of the date of the special-purpose financial statements. The net appreciation or depreciation in fair value of investments in the accompanying special-purpose statements of changes in net assets consists of realized gains or losses on sales of investments and the changes in unrealized gains or losses on investments held. Investment income is recognized when earned. All interest and dividend income, net of investment expenses, are included in interest and dividend income in the accompanying special-purpose statements of changes in net assets. Gains and losses on sales of investment securities are determined using the specific identification method.

### Operating and administrative expenses

Operating and administrative expenses of the Trust are paid from net assets.

### Risks and uncertainties

The Trust's assets that are exposed to credit risk consist primarily of cash and cash equivalents and investments in equity securities and municipal bonds. Cash and cash equivalents are maintained at financial institutions and, at times, balances may exceed federally insured limits. The Trust has never experienced any losses related to these balances. There are no amounts on deposit in excess of federally insured limits at December 31, 2021.

## DII Industries, LLC Silica PI Trust

### Notes to the Special-Purpose Financial Statements

The Trust invests in a professionally managed portfolio that contains equity securities and municipal bonds. Such investment securities are exposed to various risks such as interest rate, market, and credit risks. Due to the level of risk associated with certain investments securities, it is at least reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect the Trust's account balance and the amounts reported in the special-purpose statements of assets, liabilities and net assets.

*Reclassifications*

Certain amounts presented in the 2020 financial statements have been reclassified to conform to the 2021 presentation.  These reclassifications have no effect on the previously recorded net income (loss).

## 3.    Income Taxes

During the years ended December 31, 2021 and 2020, the Trust paid no income taxes and recorded no income tax expense.

On December 22, 2017, Congress passed the Tax Cuts and Jobs Act (the 2017 Tax Act) which modified the rules regarding the usability of certain net operating losses for the Trust beginning on January 1, 2018. Under the 2017 Tax Act, the Trust's net operating losses generated prior to January 1, 2018, are available to offset future taxable income and will expire, if not utilized, on various dates through 2037. Net operating loss carryforwards generated after January 1, 2018, do not expire but can only be used to offset up to 80% of taxable income in future years as part of the 2017 Tax Act. In addition, there are no net operating loss carryback provisions under the 2017 Tax Act.

On March 27, 2020, the President of the United States signed into law the "Coronavirus Aid, Relief and Economic Security (CARES) Act".  The CARES Act, among other things, includes provisions for an elective five-year carryback of net operating losses (NOLs) generated in taxable years beginning after December 31, 2017 and before January 1, 2021.  Taxpayers may elect to relinquish the entire five-year carryback period with respect to a particular year's NOL, with the election being irrevocable once made.  In addition, the 80% limitation on NOL deductions arising in taxable years beginning after December 31, 2017, has temporarily been pushed to taxable years beginning after December 31, 2020.

As of December 31, 2021 and 2020, the Trust has net operating losses totaling $7,755,758, which were generated prior to January 1, 2018, and are scheduled to expire at various dates through 2037. As of December 31, 2021 the Trust has net operating losses totaling approximately $1,599,000, which were generated after January 1, 2018 and may be used to reduce future taxable income.

Capital loss carryforwards created after January 1, 2018, may be carried back for three years and carried forward for five years.  Capital loss carrybacks and carryforwards cannot create a net operating loss. As of December 31, 2021 and 2020, the Trust has approximately $38,000 in capital loss carryforwards available to offset future capital gains.

As of December 31, 2021 and 2020, the estimated deferred tax liability associated with unrealized gains on investments is approximately $1,500,000 and $1,000,000, respectively.

As disclosed in Note 2 to the special-purpose financial statements, the Trust does not record a provision for (or benefit from) deferred taxes. Accordingly, there is no provision for deferred taxes

## DII Industries, LLC Silica PI Trust

**Notes to the Special-Purpose Financial Statements**

associated with net operating loss carryforwards, net capital loss carryforwards, or cumulative unrealized gains and losses on investments.

## 4.  Investments

Investment securities consist of the following at December 31, 2021:

| | Amortized Cost | | Unrealized Gains | | Unrealized Losses | | Fair Value |
|---|---|---|---|---|---|---|---|
| **Fixed Income** | $ | 9,302,700 | $ | - | $ | (50,613) $ | 9,252,087 |
| **Equity** | | 2,729,548 | | 4,043,635 | | - | 6,773,183 |
| | $ | 12,032,248 | $ | 4,043,635 | $ | (50,613) $ | 16,025,270 |

Investment securities consist of the following at December 31, 2020:

| | Amortized Cost | | Unrealized Gains | | Unrealized Losses | | Fair Value |
|---|---|---|---|---|---|---|---|
| Fixed Income | $ | 7,949,319 | $ | 29,680 | $ | - $ | 7,978,999 |
| Equity | | 2,790,932 | | 2,719,378 | | - | 5,510,310 |
| | $ | 10,740,251 | $ | 2,749,058 | $ | - $ | 13,489,309 |

Net realized losses from investment sales consist of the following as of December 31:

| | | 2021 | | 2020 |
|---|---|---|---|---|
| Fixed Income | $ | 3,725 | $ | (1,007) |
| Equity | | 66,756 | | (25,970) |
| | $ | 70,481 | $ | (26,977) |

## 5.  Liability for Silica Claims

The ultimate number of Silica Claims to be filed, and the liability for all such claims, are uncertain at this time. The net assets as of December 31, 2021 and 2020, respectively, represent the funding available for all Silica Claims for which no fixed liability has yet been established.

## 6.  Trustee and Trust Advisory Committee Liability Insurance

The Trust purchased liability insurance for the Trustee and the Trust Advisory Committee requiring premiums of $42,357 and $28,631, for the years ended December 31, 2021 and 2020, respectively. Additionally, during the years ended December 31, 2021 and 2020, the Trust paid for a portion of the liability insurance premiums for the Legal Representative, totaling $13,826 and $11,846, respectively. The premiums for insurance are included in operating expenses on the accompanying special-purpose statements of changes in net assets for the years ended December 31, 2021 and 2020.

## DII Industries, LLC Silica PI Trust

### Notes to the Special-Purpose Financial Statements

## 7.   Trustees and Trust Advisors

The Trustee is required to provide notice, consult, or obtain the consent of the Trustee Advisory Committee and the Legal Representative on various matters as detailed in the DII Industries, LLC Silica PI Trust Agreement. Trustee fees totaled $86,570 and $109,101 for the years ended December 31, 2021 and 2020, respectively.

The fees and expenses paid to the Trustee are inclusive of work performed for the Trust, by the Trustee, during the years ended December 31, 2021 and 2020. The above amounts are included in operating expenses in the accompanying special-purpose statements of changes in net assets for the years ended December 31, 2021 and 2020.

The Trustee receives a base retainer and is compensated at an hourly rate for work performed on behalf of the Trust. The Trustee is not, however, compensated for all time spent preparing for, traveling to, or attending quarterly Trust meetings. There were no hours in 2021 and 2020 that the Trustee worked that was not compensated.

## 8.   COVID-19

On January 30, 2020, the World Health Organization (WHO) announced a global health emergency because of a new strain of coronavirus originating in Wuhan, China (the COVID-19 outbreak) and the risks to the international community as the virus spreads globally beyond its point of origin. In March 2020, the WHO classified the COVID-19 outbreak as a pandemic, based on the rapid increase in exposure globally.

The COVID-19 pandemic has greatly contributed to significant volatility in financial markets through the date of issuance of these special-purpose financial statements. In addition, the COVID-19 pandemic has impacted the operational and logistical processes of organizations. The Trustees, Trust advisors, and management of the Trust continue to monitor the impact of this global situation on the Trust's financial condition and operations. Given the daily evolution of the COVID-19 pandemic and the global responses to curb its spread, the Trust is not able to estimate the long-term effects of the COVID-19 pandemic on its financial condition and operations.

## 9.   Subsequent Events

The Trust has evaluated its December 31, 2021 special-purpose financial statements for subsequent events through April 28, 2022, the date the special-purpose financial statements were available to be issued. The Trust is not aware of any subsequent events which would require recognition or disclosure in the special-purpose financial statements.

# Supplementary Information



Tel:  703-893-0600
Fax:  703-893-2766
www.bdo.com

8401 Greensboro Drive
Suite 800
McLean, VA 22102

## Independent Auditor's Report on Supplementary Information

Trustee
DII Industries, LLC Silica PI Trust
Cincinnati, Ohio

Our audits of the special-purpose financial statements included in the preceding section of this report were conducted for the purpose of forming an opinion on those special-purpose statements as a whole. The supplementary information presented in the following section of this report is presented for the purpose of additional analysis and is not a required part of the special-purpose financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the special-purpose financial statements. The information has been subjected to the auditing procedures applied in the audit of the special-purpose financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the special-purpose financial statements or to the special-purpose financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the special-purpose financial statements as a whole.

BDO USA, LLP

April 28, 2022

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

## DII Industries, LLC Silica PI Trust

### Schedules of Operating Expenses

*Year Ended December 31, 2021*

| | | |
|---|---:|---:|
| Professional fees | | |
|   Accounting | | |
|   Trust Services | $ 12,000 | 12,000 |
| | | |
| Audit Fees | | |
|   BDO USA, LLP | 8,914 | 8,914 |
| | | |
| Legal fees - general | | |
|   Keating, Muething & Klekamp | 36,817 | 36,817 |
| | | |
| General and administrative | | |
|   Bank fees – Bank of America | 79,527 | 79,527 |
| | | |
| Consulting fees | | |
|   Ankura | 4,623 | |
|   Morgan, Lewis, & Bockius | 1,575 | 6,198 |
| | | |
| Trustee retainer, fees, and expenses* | | |
|   Trustee retainer | 77,702 | |
|   Trustee fee* | 8,868 | 86,570 |
| | | |
| Legal Representative and Legal Representative Counsel | | |
|   fees and expenses | | |
|   Young, Conaway, Stargatt & Taylor - fees (counsel) | 2,400 | |
|   Resolutions, Inc. – Fees (legal representation) | 9,194 | 11,594 |
| | | |
| Liability insurance | | |
|   AON Risk Services - D&O policy for Trustee | 28,531 | |
|   CoverWallet, Inc – legal representative | 13,826 | 42,357 |
| | | |
| Total operating expenses | | $ 283,977 |

*See independent auditor's report on supplementary information.*

\* The Trustee is not compensated for time spent preparing for, traveling to, or attending quarterly Trust meetings.

# DII Industries, LLC Silica PI Trust

## Schedules of Operating Expenses

*Year Ended December 31, 2020*

| | | | | |
|---|---|---:|---|---:|
| Professional fees | | | | |
|   Accounting | | | | |
|   Trust Services | $ | 10,969 | | |
|   Delaware Claims Processing Facility | | 465 | $ | 11,434 |
| | | | | |
| Audit Fees | | | | |
|   BDO USA, LLP | | 28,120 | | 28,120 |
| | | | | |
| Legal fees - general | | | | |
|   Keating, Muething & Klekamp | | 106,533 | | 106,533 |
| | | | | |
| General and administrative | | | | |
|   Bank fees – Bank of America | | 69,690 | | 69,690 |
| | | | | |
| Consulting fees | | | | |
|   Ankura | | 22,392 | | |
|   Morgan, Lewis, & Bockius | | 644 | | 23,036 |
| | | | | |
| Trustee retainer, fees, and expenses* | | | | |
|   Trustee retainer | | 76,518 | | |
|   Trustee fee* | | 32,583 | | 109,101 |
| | | | | |
| Legal Representative and Legal Representative Counsel | | | | |
|   fees and expenses | | | | |
|   Young, Conaway, Stargatt & Taylor - fees (counsel) | | 28,075 | | |
|   Resolutions, Inc. – Fees (legal representation) | | 1,575 | | 29,650 |
| | | | | |
| Liability insurance | | | | |
|   AON Risk Services - D&O policy for Trustee | | 28,631 | | |
|   CoverWallet, Inc – legal representative | | 11,846 | | 40,477 |
| | | | | |
| Total operating expenses | | | $ | 418,041 |

*See independent auditor's report on supplementary information.*

\* The Trustee is not compensated for time spent preparing for, traveling to, or attending quarterly
Trust meetings.